SVERRE KRISTIANSEN, Appellant, *v.* WAGNER'S STEEL ERECTORS, INC., Respondent, et al., Defendants.

Submitted April 2, 1945; decided April 12, 1945.

*William P. Cotter* for motion to dismiss and in opposition to cross motion.

*Joseph A. McLoughlin* in opposition to motion to dismiss and for cross motion.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion unless the appellant, within ten days, serves and files the required undertaking and pays $10 costs, in which event the motion is denied, and also in which event plaintiff's countermotion for leave to prosecute the appeal on three printed copies of the Appellate Division record is granted.